# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Corp., <br>     Plaintiff, <br><br> v. <br><br> CRYSTAL TOWERS, LLC, an Alabama Limited Liability Company; CRYSTAL SHORES WEST, LLC, an Alabama Limited Liability Company; COASTAL BUILDERS, INC., a Corporation; and JOHN CASE, an individual; <br>     Defendants, | CIVIL ACTION 08-0518-KD-C |
| CRYSTAL TOWERS, LLC, an Alabama Limited Liability Company and CRYSTAL SHORES WEST, LLC, an Alabama Limited Liability Company, <br>     Counter-Claimants, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Corp., <br>     Counter-Defendant. | CIVIL ACTION 08-0518-KD-C |

## ORDER

The matter is before the Court on the parties' notification that all of the claims and counterclaims, as between Travelers Casualty and Surety Company of America ("Travelers") and Crystal Towers, LLC and Crystal Shores West (the "Crystals"), have settled.

Accordingly, it is **ORDERED** that all of the claims and counterclaims between Travelers and the Crystals are hereby **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **thirty (30)** days of the date of this order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party to bear its own costs, fees and expenses according to the parties' settlement agreement.

Nothing herein shall be construed as dismissing Plaintiff Travelers' claims against Defendant Coastal Builders, Inc. and/or Defendant John Case.

**DONE** and **ORDERED** this the **16th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**